In the Matter of the Claim of ARLO BROWN, Respondent, against BROCKWAY MOTOR TRUCK CORPORATION and Another, Appellants. STATE INDUSTRIAL BOARD, Respondent.— Award unanimously affirmed, with costs to the State Industrial Board, on the ground that the previous loss of ninety per cent of vision by claimant was an accidental injury for which he did not and could not receive compensation, and that claimant is entitled to a schedule award for the ten per cent of vision which the Board found he possessed at the time of the second accident and lost as result of it. (Workmen's Compensation Law, § 15, subd. 3, ¶ s.) Present — Van Kirk, P. J., Hinman, Whitmyer, Hill and Hasbrouck, JJ.

In the Matter of the Claim of ROSE GRAHAM, Respondent, against E. W. BLISS COMPANY and Another, Appellants. STATE INDUSTRIAL BOARD, Respondent.— Award unanimously affirmed, with costs to the State Industrial Board. (See *Matter of Bogold* v. *Bogold Brothers, Inc.*, 218 App. Div. 676; affd., 245 N. Y. 574.) Present — Van Kirk, P. J., Hinman, Davis, Hill and Hasbrouck, JJ.

In the Matter of the Claim of JOSEPH NOLAN, Respondent, against ARROW STORAGE WAREHOUSE and Another, Appellants. STATE INDUSTRIAL BOARD, Respondent.— Award reversed and claim remitted, with costs against the State Industrial Board to abide the event, on the ground that much if not the greater part of claimant's disability was caused by an osteoarthritic condition antedating the accident, which has become progressively worse and which was not caused by the accident. Van Kirk, P. J., Hinman, Davis, Hill and Hasbrouck, JJ., concur.

In the Matter of the Claim of VERNA FOSTER, Respondent, against ROCHESTER FRUIT AND VEGETABLE Co., INC., and Another, Appellants. STATE INDUSTRIAL BOARD, Respondent.— Award unanimously affirmed, with costs to the State Industrial Board, on the authority of *Mackin* v. *Press Publishing Co.* (209 App. Div. 252) and *Hersch* v. *Smith* (217 id. 703). Present — Van Kirk, P. J., Hinman, Davis, Hill and Hasbrouck, JJ.

In the Matter of the Claim of IDA BARBOUR or IDA PASOTTI, Respondent, against BROADWAY WINDOW CLEANING COMPANY and Another, Appellants. STATE INDUSTRIAL BOARD, Respondent.— Award affirmed, with costs to the State Industrial Board. Van Kirk, P. J., Davis, Hill and Hasbrouck, JJ., concur; Hinman, J., dissents on the ground that there is no evidence to sustain the finding that the claimant was the common-law wife of deceased.